PD-0135-15

4 Feb 2015

<u>Court of Criminal Appeals</u>
<u>of Texas</u>

Maclin Ray Dinson                    Court of Appeals # 02-14-00192-CR

vs

The State of Texas                    Trial Court # 1295117D

<u>Motion To Dismiss Appeal</u>

To The Honorable Judge of this Court:

Comes now, <u>Maclin Ray Dinson</u>, the Defendant pro se in the above styled and numbered cause and hereby gives the Motion to Dismiss Appeal from the judgment and sentence in the above-referenced cause to the Criminal Court of Appeals of Texas.

The notice being filed this 4TH day of February, 2015, is therefore timely.

FILED IN
COURT OF CRIMINAL APPEALS
FEB 11 2015
Abel Acosta, Clerk

Respectfully submitted,

Maclin Ray Dinson
Defendant Pro se
CID # 0314461 DOB 5 15 59
100 N Lamar St 60D/10
Fort Worth, Texas 76102

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 09 2015
Abel Acosta, Clerk

4 Feb 2015

## Verification of Unsworn Declaration

I, Maclin Ray Denson, Defendant pro-se in this cause, state the following under penalty of perjury. I am a prisoner # 0314461 , currently incarcerated in the Tarrant Co Jail in Tarrant County, Texas. I am duly qualified and authorized in all respects to make this declaration. I have read the foregoing Motion to Dismiss Appeal and declare that I have personal knowledge of the facts contained therein and said facts are true and correct.

Executed in Tarrant County, Texas, pursuant to Art. 132.001 et. seq., Texas CPRC and 28 USC § 1746, on this 4TH day of February , 2015

Maclin Ray Denson

Maclin Ray Denson

Defendant Pro se

100 N Lamar St 4OD/10

Ft Worth, TX 76102

* Under both federal law (28 USC § 1746) and state law (Art. 132.001, Texas C.P.R.C.), inmates incarcerated in Texas may use an unsworn declaration under penalty of perjury in place of a written declaration sworn before a notary public.

4TH Feb 2015

## Certificate of Service

I Maclin Ray Denson, hereby certify that a
true and correct copy of the above petition was served on
Attorney for the State Sharen Wilson by mailing via - first-
class mail to Sharen Wilson, District Attorney, 401 W. Belknap St.,
Ft. Worth, Texas 76196 on this 4TH day of February, 2015.

Maclin Ray Denson
Maclin Ray Denson
Defendant Pro se

CID # 0374461  DOB 5 15 59

100 N Lamar St.

Ft. Worth, TX 76102